**Opinion issued August 7, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-24-00833-CV

————————————

**EKAETTE EKANDEM, Appellant**

**V.**

**FRANK DONZELL BALDWIN, Appellee**

---

**On Appeal from the 310th District Court**
**Harris County, Texas**
**Trial Court Case No. 2016-55963**

---

### MEMORANDUM OPINION

Appellant, Ekaette Ekandem, has failed to timely file a brief. *See* TEX. R. APP.
P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to
file brief). After being notified that this appeal was subject to dismissal, appellant
did not respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

Accordingly, we dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Caughey and Johnson.